**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                              NO. 4:06CR00412-06 JM

ALEXANDRO TENIENTE                                                                                 DEFENDANT

**AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT ORDER**

This Judgment and Commitment Order is being amended to correct the term of supervised release ordered by the Court at the hearing held on Wednesday, May 25, 2016.

Court convened on Wednesday, May 25, 2016, for a scheduled hearing on the government's motion to revoke the supervised release of Defendant Alexandro Teniente (Docket No. 337). Assistant United States Attorney Ali Ahmad was present for the government. Defendant appeared in person and with his attorney, Assistant Federal Public Defender Nicole Lybrand. United States Probation Officer Jessica Powell was also present.

At the onset of the hearing, Defendant admitted the allegations in the motion to revoke. Following statements from counsel and Defendant, the Court determined that Defendant's supervised release should be revoked.

IT IS THEREFORE ORDERED that the Judgement and Commitment Order (Docket No. 341) is amended and the motion to revoke supervised release (Docket No. 337) is GRANTED. Defendant is sentenced to six (6) months in a halfway house, to begin as soon as bed space is available, followed by a term of four (4) years and six (6) months supervised release.

IT IS FURTHER ORDERED that the Defendant's conditions of supervised release

be modified to include the following:

1. Defendant must participate as directed in mental health treatment under the guidance and supervision of the U.S. Probation Office.

2. Defendant shall abstain from the use of alcohol throughout supervision.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 31st day May, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE